AO 440 (Rev. 01/09) Summons in a Civil Action (MIWD Rev 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daunt

v.

Benson et al.

Case No. 1:20-cv-522
Hon. Robert J. Jonker

TO: Jocelyn Benson
ADDRESS: Michigan Department of State
Legal Services Administration
P.O. Box 30204
Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

CLERK OF COURT

[signature/seal]

6/11/2020

By: Deputy Clerk                Date

---

## PROOF OF SERVICE

This summons for ____Jocelyn Benson____ was received by me on __6-19-2020__
(name of individual and title, if any)                       (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __Adam Fracassi (ELSP)__, who is designated by law to accept service
(name of individual)
of process on behalf of __Jocelyn Benson (SOS) of Michigan__ on __6-22-2020__
(name of organization)                                                (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.
Date: __6-22-2020__

[signature]
Server's signature

Matthew B Jenkins    Law office
Server's printed name and title

119 E Kalamazoo Lansing MI 48933
Server's address