AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2) (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Daunt

Case No. 1:20-cv-522
Hon.  Robert J. Jonker

v.

Benson et al.

TO: Jonathan Brater
ADDRESS: Michigan Department of State
Bureau of Elections
PO Box 20126
Lansing, MI 48901

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within   __21__   days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Cameron T. Norris
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

CLERK OF COURT



6/11/2020

By: Deputy Clerk                                          Date

---

## PROOF OF SERVICE

This summons for _____ Jonathan Brater _____ was received by me on __6 -19- 2020__ .
(name of individual and title, if any)                                                        (date)

☐ I personally served the summons on the individual at _____
on _____ .                                                              (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
(name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
(date)

☑ I served the summons on __Adam Fracassi (ELSp)__ , who is designated by law to accept service
(name of individual)
of process on behalf of __Jonathan Brater__ on __6 -22- 2020__ .
(name of organization)                                                           (date)

☐ I returned the summons unexecuted because _____ .
☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under the penalty of perjury that this information is true.
Date: __6-22-2020__

Server's signature

Matthew B Jenkins          Courtofficer
Server's printed name and title

119 E Kalamazoo Lansing MI 48933
Server's address

Additional information regarding attempted service, etc.: