UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.                                        No. 1:20-cv-00522

JOCELYN BENSON, JONATHAN BRATER,     HON. ROBERT J. JONKER
SHERYL GUY, DAWN OLNEY, CHERYL
POTTER BROWE, KAREN BREWSTER,         **STIPULATED ORDER**
SUANNE KANINE, BONNIE SCHEELE,          **EXTENDING TIME FOR**
NANCY HEUBEL, DEBORAH HILL, JULIE      **DEFENDANTS BENSON AND**
A. CARLSON, MICHELLE CROCKER,          **BRATER TO RESPOND TO**
ELIZABETH HUNDLEY, LORI JOHNSON,     **PLAINTIFFS' COMPLAINT**
LISA BROWN, SUSAN I. DEFEYTER,
MICHELLE STEVENSON, and LAWRENCE
KESTENBAUM,

    Defendants.

| | |
|---|---|
| William S. Consovoy<br>Cameron T. Norris<br>Tiffany H. Bates<br>Attorneys for Plaintiff<br>1600 Wilson Blvd, Suite 700<br>Arlington, VA 22209 | David G. Stoker (P24959)<br>Timothy M. Perrone (P37940)<br>Courtney Ann Gabbara<br>Attorneys for Defendants Crocker,<br>Hill, Heubel, Hundley, Johnson,<br>Kestenbaum, Olney, Scheele<br>601 North Capitol Avenue<br>Lansing, Michigan 48933<br>517.372.9000 |
| Jason Torchinsky<br>Attorney for Plaintiff<br>45 North Hill Drive, Ste 100<br>Warrenton, VA  20186<br>540.341.8800 | Haider A. Kazim (P66146)<br>Attorney for Defendants Browe,<br>Carlson, DeFeyter, Guy, Kanine,<br>Stevenson<br>310 W. Front St, Ste 221<br>Traverse City, Michigan 49684<br>231.922.1888 |
| Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendants Benson & Brater<br>PO Box 30736<br>Lansing, Michigan 48909<br>517.335.7659 | |
| | Brandon K. Buck (P63152)<br>Attorney for Defendant Brown<br>28400 Northwestern Hwy, 2nd Fl.<br>Southfield, Michigan 48034<br>248.858.8677 |
| Joellen Shortley (P46136)<br>Attorney for Defendant Brown<br>1200 N. Telegraph, Dept 419, Bldg 14E<br>Pontiac, Michigan 48341<br>248.420.7639 | |

_____/

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS BENSON AND BRATER TO RESPOND TO PLAINTIFFS' COMPLAINT

The parties hereby stipulate and agree to an extension until August 31, 2020 for Defendants Jocelyn Benson and Jonathan Brater to file a first responsive pleading to Plaintiff's complaint;

**IT IS HEREBY ORDERED** that a response to the complaint will be required from Defendants Jocelyn Benson and Jonathan Brater on or before August 31, 2020.

Date: _____                    _____
                                    HON. ROBERT J. JONKER
                                    District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Cameron T. Norris (w/consent)*          Dated:  July 10, 2020
Cameron T. Norris
Attorney for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

*s/Heather S. Meingast*                     Dated:  July 10, 2020
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Benson & Brater
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659