UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DAUNT,<br><br>    Plaintiff,<br><br>v<br><br>JOCELYN BENSON, JONATHAN BRATER, SHERYL GUY, DAWN OLNEY, CHERYL POTTER BROWE, KAREN BREWSTER, SUANNE KANINE, BONNIE SCHEELE, NANCY HEUBEL, DEBORAH HILL, JULIE A. CARLSON, MICHELLE CROCKER, ELIZABETH HUNDLEY, LORI JOHNSTON, LISA BROWN, SUSAN I. DEFEYTER, MICHELLE STEVENSON, and LAWRENCE KESTENBAUM,<br><br>    Defendants. | No. 1:20-cv-00522<br><br>HON. ROBERT J. JONKER<br><br>**STIPULATED ORDER EXTENDING DEFENDANT COUNTY CLERKS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

| | |
|---|---|
| William S. Consovoy<br>Cameron T. Norris<br>Tiffany H. Bates<br>CONSOVOY McCARTHY PLLC<br>Attorneys for Plaintiff<br>1600 Wilson Blvd, Suite 700<br>Arlington, VA 22209<br>865-257-0859<br>cam@consovoymccarthy.com | Timothy M. Perrone (P37940)<br>David G. Stoker (P24959)<br>Courtney A. Gabbara (P77817)<br>COHL, STOKER & TOSKEY, P.C.<br>Attorneys for Defendants Crocker, Hill, Heubel, Hundley, Johnston, Kestenbaum, Olney, Scheele<br>601 N. Capitol Ave.<br>Lansing, MI 48933<br>517-372-9000<br>tperrone@cstmlaw.com<br>dstoker@cstmlaw.com<br>cgabbara@cstmlaw.com |
| Jason Torchinsky<br>HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC<br>Attorney for Plaintiff<br>45 North Hill Drive, Ste 100<br>Warrenton, VA 20186<br>540-341-8800<br>jtorchinsky@hvjt.law | Haider A. Kazim (P66146)<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorneys for Defendants Browe, Carlson, DeFeyter, Guy, Kanine, Stevenson<br>310 W. Front St, Ste 221<br>Traverse City, MI 49684<br>231-922-1888<br>hkazim@cmda-law.com |

| | |
|---|---|
| Heather S. Meingast (P55439) | Joellen Shortley (P46136) |
| Erik A. Grill (P64713) | Brandon K. Buck (P63152) |
| Assistant Attorneys General | Oakland County Corporation Counsel |
| Attorneys for Defendants Benson & Brater | Attorneys for Defendant Brown |
| PO Box 30736 | 1200 N. Telegraph, Dept 419, Bldg 14E |
| Lansing, Michigan 48909 | Pontiac, Michigan 48341 |
| 517-335-7659 | 248-858-8677 |
| meingasth@michigan.gov | shortleyj@oakgov.com |
| grille@michigan.gov | buckb@oakgov.com |

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS' BENZIE COUNTY CLERK DAWN OLNEY, GRAND TRAVERSE COUNTY CLERK BONNIE SCHEELE, IOSCO COUNTY CLERK NANCY HUEBEL, KALKASKA COUNTY CLERK DEBORAH HILL, LEELANAU COUNTY CLERK MICHELLE L. CROCKER, LIVINGSTON COUNTY CLERK ELIZABETH HUNDLEY, WASHTENAW COUNTY CLERK LAWRENCE KESTENBAUM, MACKINAC COUNTY CLERK LORI JOHNSTON, OAKLAND COUNTY CLERK LISA BROWN, ANTRIM COUNTY CLERK SHERYL GUY,  CHARLEVOIX COUNTY CLERK CHERYL P. BROWE, CHEBOYGAN COUNTY CLERK KAREN BREWSTER, EMMET COUNTY CLERK SUZANNE KANINE, KEWEENAW COUNTY CLERK JULIE A. CARLSON, OTSEGO COUNTY CLERK SUSAN I. DEFEYTER, AND ROSCOMMON COUNTY CLERK MICHELLE STEVENSON TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff and Defendant County Clerks, by and through their respective counsel, hereby stipulate and agree to an extension until September 30, 2020 for Defendants' Benzie County Clerk Dawn Olney, Grand Traverse County Clerk Bonnie Scheele, Iosco County Clerk Nancy Huebel, Kalkaska County Clerk Deborah Hill, Leelanau County Clerk Michelle L. Crocker, Livingston County Clerk Elizabeth Hundley, Washtenaw County Clerk Lawrence Kestenbaum, Mackinac County Clerk Lori Johnston, Oakland County Clerk Lisa Brown, Antrim County Clerk Sheryl Guy, Charlevoix County Clerk Cheryl P. Browe, Cheboygan County Clerk Karen Brewster, Emmet County Clerk Suzanne Kanine, Keweenaw County Clerk Julie A. Carlson, Otsego County Clerk Susan I. Defeyter, and Roscommon County Clerk Michelle Stevenson (collectively, "Defendant County Clerks") to file a first responsive pleading to Plaintiff's Complaint. In support, the parties state as follows:

1. The parties are in discussion regarding a potential settlement removing Defendant County Clerks from this action.

2. That potential settlement will likely be informed by the State Defendants' response to the complaint.

3. In the interest of judicial economy, the parties wish to avoid unnecessary motion practice if a settlement can be reached between Plaintiff and Defendant County Clerks.

**IT IS HEREBY ORDERED** that a response to the Complaint will be required from Defendant County Clerks on or before September 30, 2020.

Date:_____                    _____
                                                  HON. ROBERT J. JONKER
                                                  District Court Judge


The parties, through their respective counsel, stipulate to the entry of the above order.

  _/s/ Cameron T. Norris_____        Dated: August 28, 2020
Cameron T. Norris
CONSOVOY McCARTHY PLLC
Attorneys for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209


  _/s/ Timothy M. Perrone_____      Dated: August 28, 2020
Timothy M. Perrone (P37940)
David G. Stoker (P24959)
Courtney A. Gabbara (P77817)
COHL, STOKER & TOSKEY, P.C.
Attorneys for Defendants Crocker, Hill, Heubel,
Hundley, Johnston, Kestenbaum, Olney, Scheele
601 N. Capitol Ave.
Lansing, MI 48933

| | |
|---|---|
| _/s/ Haider A. Kazim_ | Dated: August 28, 2020 |

Haider A. Kazim (P66146)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants Browe, Carlson, DeFeyter, Guy, Kanine, Stevenson
310 W. Front St, Ste 221
Traverse City, MI 49684

| | |
|---|---|
| _/s/ Brandon K. Buck_ | Dated: August 28, 2020 |

Joellen Shortley (P46136)
Brandon K. Buck (P63152)
Oakland County Corporation Counsel
Attorneys for Defendant Brown
1200 N. Telegraph, Dept 419, Bldg 14E
Pontiac, Michigan 48341

Prepared By:    Courtney A. Gabbara (P77817)
   Cohl, Stoker & Toskey, PC
   Attorneys for Defendants Crocker, Hill, Heubel, Hundley, Johnston, Kestenbaum, Olney, Scheele
   601 N. Capitol Avenue
   Lansing, MI  48933
   (517) 372-9000

N:\Client\Clerks - Daunt Litigation\Pleadings - Master\Draft Stipulated Order Extending Time for Defendant County Clerks - v4.docx