UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

       Plaintiff,                            Case No. 1:20−cv−522

v.                                     Hon. Robert J. Jonker

JOCELYN BENSON, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Scheduling Conference
Date/Time:   October 27, 2020   04:00 PM
*(previously set for 9/28/20)*
Chief Judge:   Robert J. Jonker
Place/Location:   699 Federal Building, Grand Rapids, MI

*The Joint Status Report shall be filed by October 20, 2020.*

                                         ROBERT J. JONKER
                                         Chief United States District Judge

Dated:  August 28, 2020        By:   /s/ Susan Driscoll Bourque
                                                Case Manager