UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.                                                                     No. 1:20-cv-00522

JOCELYN BENSON, JONATHAN BRATER,         HON. ROBERT J. JONKER
SHERYL GUY, DAWN OLNEY, CHERYL
POTTER BROWE, KAREN BREWSTER,           **STIPULATED ORDER**
SUANNE KANINE, BONNIE SCHEELE,           **EXTENDING TIME FOR**
NANCY HEUBEL, DEBORAH HILL, JULIE        **DEFENDANTS BENSON AND**
A. CARLSON, MICHELLE CROCKER,           **BRATER TO RESPOND TO**
ELIZABETH HUNDLEY, LORI JOHNSON,       **PLAINTIFFS' COMPLAINT**
LISA BROWN, SUSAN I. DEFEYTER,
MICHELLE STEVENSON, and LAWRENCE
KESTENBAUM,

    Defendants.

_____

William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
Attorneys for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

Jason Torchinsky
Attorney for Plaintiff
45 North Hill Drive, Ste 100
Warrenton, VA  20186
540.341.8800

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Benson & Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659

Joellen Shortley (P46136)
Attorney for Defendant Brown
1200 N. Telegraph, Dept 419, Bldg 14E
Pontiac, Michigan 48341
248.420.7639

David G. Stoker (P24959)
Timothy M. Perrone (P37940)
Courtney Ann Gabbara
Attorneys for Defendants Crocker,
Hill, Heubel, Hundley, Johnson,
Kestenbaum, Olney, Scheele
601 North Capitol Avenue
Lansing, Michigan 48933
517.372.9000

Haider A. Kazim (P66146)
Attorney for Defendants Browe,
Carlson, DeFeyter, Guy, Kanine,
Stevenson
310 W. Front St, Ste 221
Traverse City, Michigan 49684
231.922.1888

Brandon K. Buck (P63152)
Attorney for Defendant Brown
28400 Northwestern Hwy, 2nd Fl.
Southfield, Michigan 48034
248.858.8677

_____/

# STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS BENSON AND BRATER TO RESPOND TO PLAINTIFFS' COMPLAINT

The parties hereby stipulate and agree to an extension until September 14, 2020 for Defendants Jocelyn Benson and Jonathan Brater to file a first responsive pleading to Plaintiff's complaint;

**IT IS HEREBY ORDERED** that a response to the complaint will be required from Defendants Jocelyn Benson and Jonathan Brater on or before September 14, 2020.

Date:  September 1, 2020         /s/ Robert J. Jonker
                                 HON. ROBERT J. JONKER
                                 District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

*s/Cameron T. Norris (w/consent)*          Dated:  August 30, 2020
Cameron T. Norris
Attorney for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

*s/Heather S. Meingast*                     Dated:  August 30, 2020
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Benson & Brater
P.O. Box 30736
Lansing, Michigan  48909
517.335.7659