IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY DAUNT,<br><br>*Plaintiff*,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al.,<br><br>*Defendants*. | Case No. 1:20-cv-00522-RJJ-RSK<br><br>**JOINT STIPULATIONS** |

Plaintiff, State Defendants[1], and County Defendants[2] file the following stipulations with the Court:

1. Plaintiff and State Defendants agree that County Defendants are not necessary parties to this litigation. Though the city and county clerks play a role, the Secretary of State has the ultimate responsibility for maintaining Michigan's voter rolls.

---

[1] State Defendants are JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections.

[2] County Defendants are SHERYL GUY, in her official capacity as Antrim County Clerk; DAWN OLNEY, in her official capacity as Benzie County Clerk; CHERYL POTTER BROWE, in her official capacity as Charlevoix County Clerk; KAREN BREWSTER, in her official capacity as Cheboygan County Clerk; SUZANNE KANINE, in her official capacity as Emmet County Clerk; BONNIE SCHEELE, in her official capacity as Grand Traverse County Clerk; NANCY HUEBEL, in her official capacity as Iosco County Clerk; DEBORAH HILL, in her official capacity as Kalkaska County Clerk; JULIE A. CARLSON, in her official capacity as Keweenaw County Clerk; MICHELLE L. CROCKER, in her official capacity as Leelanau County Clerk; ELIZABETH HUNDLEY, in her official capacity as Livingston County Clerk; LORI JOHNSTON, in her official capacity as Mackinac County Clerk; LISA BROWN, in her official capacity as Oakland County Clerk; SUSAN I. DEFEYTER, in her official capacity as Otsego County Clerk; MICHELLE STEVENSON, in her official capacity as Roscommon County Clerk; and LAWRENCE KESTENBAUM, in his official capacity as Washtenaw County Clerk.

2. Per Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff will amend his complaint to, among other things, dismiss County Defendants.

3. The County Defendants' obligation to respond to Plaintiff's initial complaint should be stayed pending their dismissal.

4. County Defendants agree to comply, as if they were parties, with reasonable discovery requests that are directed to them and that otherwise comply with the Federal Rules.

Dated: September 15, 2020       Respectfully submitted,

**[Signatures on next page]**

| | | |
|---|---|---|
| */s/ Cameron T. Norris*<br>William S. Consovoy<br>Cameron T. Norris<br>Tiffany H. Bates<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br><br>Jason Torchinsky<br>HOLTZMAN VOGEL<br>  JOSEFIAK TORCHINSKY PLLC<br>45 North Hill Drive, Ste. 100<br>Warrenton, VA 20186<br>(540) 341-8800<br><br>*Counsel for Plaintiff* | DANA NESSEL<br>Attorney General of Michigan<br><br>*/s/ Elizabeth Husa Brigg*<br>Elizabeth Husa Briggs (P73907)<br>Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>(517) 335-7659<br>briggse1@michigan.gov<br><br>*Counsel for State Defendants* | */s/Haider A. Kazim*<br>Haider A. Kazim (P66146)<br>CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.<br>310 W. Front Street, Ste. 221<br>Traverse City, MI 49684<br>(231) 922-1888<br>hkazim@cmda-law.com<br><br>*/s/Courtney A. Gabbara*<br>Courtney A. Gabbara (P77817)<br>COHL, STOKER & TOSKEY, P.C.<br>601 N. Capitol Ave.<br>Lansing, MI 48933<br>517-372-9000<br>cgabbara@cstmlaw.com<br><br>*/s/Brandon K. Buck*<br>Brandon K. Buck (P63152)<br>Oakland County Corporation Counsel<br>1200 N. Telegraph, Dept 419, Bldg 14E<br>Pontiac, Michigan 48341<br>248-858-8677<br>buckb@oakgov.com<br><br>*Counsel for County Defendants* |

## CERTIFICATE OF SERVICE

I filed these stipulations via ECF, which will notify all counsel of record.

Dated: September 15, 2020

*/s/ Cameron T. Norris*
Counsel for Plaintiff

3