UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

CASE NO. 1:20-CV-522

HON. ROBERT J. JONKER

## **ORDER**

Based on the stipulation of the parties, Plaintiff shall file a First Amended Complaint not later than **September 30, 2020** that, among other things, drops the County Defendants from the case. The County Defendants have no obligation to file a response to the original complaint; however, based on their stipulation, they will remain responsible to respond to reasonable discovery requests as if they were remaining parties to the case.

All responses to the pending Motions to Intervene, ECF Nos. 19 and 25, shall be filed not later than **September 25, 2020**.

All responses to the pending Motion to Dismiss, ECF No. 21, shall be filed not later than **September 30, 2020**.

Date:   September 16, 2020                   /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                               CHIEF UNITED STATES DISTRICT JUDGE