UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

CASE NO. 1:20-CV-522

HON. ROBERT J. JONKER

## ORDER

The original motion to dismiss was mooted by the timely filing of a First Amended Complaint on September 30, 2020. Accordingly, that motion (ECF No. 21) is dismissed as moot. If the original or intervening defendants believe there are still jurisdictional or other Rule 12 reasons for dismissal of the First Amended Complaint, they may raise them in a new motion addressed to the current complaint.

Dated:   October 7, 2020       /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE