UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.

CASE NO. 1:20-CV-522

HON. ROBERT J. JONKER

JOCELYN BENSON, in her official
capacity as Michigan Secretary of State, et al.,

    Defendants.
_____/

## ORDER

The Court has reviewed the parties' Joint Status Report for the October 27, 2020, Rule 16. The parties should plan on a regular in-person conference as scheduled. The Court may address any pending Rule 12 motions during the conference, consistent with its regular practice.

Dated:   October 23, 2020         /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                                       CHIEF UNITED STATES DISTRICT JUDGE