UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

### MINUTES

| | |
|---|---|
| ANTHONY DAUNT, | |
| Plaintiff, | **CASE NO.** 1:20-CV-522 |
| | **DATE:** October 27, 2020 |
| v. | **TIME:** 4:00 p.m. – 4:35 p.m. |
| | **PLACE:** Grand Rapids |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, *et al.*, | **JUDGE:** Hon. Robert J. Jonker |
| Defendants. | |

### APPEARANCES

**PLAINTIFF(S):**
Cameron T. Norris

**DEFENDANT(S):**
Elizabeth Husa Briggs

**DEFENDANT-INTERVENORS**
Emily R. Brailey and Sarah S. Prescott on behalf of A. Philip Randolph Institute – Detroit/Downriver and Rise, Inc.
George B. Donnini on behalf of League of Women Voters of Michigan, *et al.*

### PROCEEDINGS

**NATURE OF HEARING:**
Rule 16 Scheduling Conference; argument heard on Motions to Dismiss (ECF Nos. 34, 37); Order to follow.

| | |
|---|---|
| COURT REPORTER:    Glenda Trexler | Margaret Khayat Bratt |
| | Law Clerk |