UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.

JOCELYN BENSON, in her official
capacity as Michigan Secretary of State,
*et al.*,

    Defendants.
_____/

CASE NO. 1:20-CV-522

HON. ROBERT J. JONKER

## ORDER

This matter came up for a Rule 16 scheduling conference on October 27, 2020. During the proceeding, the Court heard oral argument on the Motions to Dismiss filed by Defendants Benson and Brater (ECF No. 37) and by Intervenor-Defendants A. Philip Randolph Institute – Detroit/Downriver and Rise, Inc. (ECF No. 34). Based on all matters of record, and for the reasons stated in detail on the record in open court during the proceeding, the Court finds that dismissal is not warranted at this stage of the case.

**ACCORDINGLY, IT IS ORDERED**:

1. Defendants Benson and Brater's Motion to Dismiss (ECF No. 37) is **DENIED**.

2. Intervenor-Defendants A. Philip Randolph Institute – Detroit/Downriver and Rise, Inc.'s Motion to Dismiss (ECF No. 34) is **DENIED**.

Dated:   October 28, 2020       /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE