UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

Plaintiff,

v

No. 1:20-cv-00522

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections,

HON. ROBERT J. JONKER

Defendants,

A. PHILIP RANDOLPH INSTITUTE – DETROIT/DOWNRIVER; RISE, INC.,

Intervenor-Defendants,

LEAGUE OF WOMEN VOTERS OF MICHIGAN; LEAGUE OF WOMEN VOTERS OF GRAND TRAVERSE AREA; LEAGUE OF WOMEN VOTERS OF ANN ARBOR AREA; LEAGUE OF WOMEN VOTERS OF LEELANAU COUNTY; LEAGUE OF WOMEN VOTERS OF COPPER COUNTY and LEAGUE OF WOMEN VOTERS OF OAKLAND AREA,

Intervenor-Defendants.

**STIPULATION TO EXTEND DATE FOR STATE DEFENDANTS AND RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO AMENDED COMPLAINT**

---

William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
Attorneys for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

Jason Torchinsky
Attorney for Plaintiff
45 North Hill Drive, Ste 100
Warrenton, VA 20186
540.341.8800

Elizabeth Husa Briggs (P73907)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Attorneys for Defendants Benson & Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659

---/

**STIPULATION TO EXTEND DATE FOR STATE DEFENDANTS AND RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO AMENDED COMPLAINT**

The parties, by and through undersigned counsel, hereby stipulate to extend the deadline for Defendants Secretary Benson and Director Brater (State Defendants), and Intervenor-Defendants A. Philip Randolph Institute-Detroit/ Downriver and RISE, Inc. (Rise and APRI Intervenor-Defendants), to file an answer to Plaintiff's amended complaint. In support thereof, the parties state as follows:

On September 30, 2020, Plaintiff filed an amended complaint (ECF No. 31), to which both the State Defendants and the Rise and APRI Intervenor-Defendants responded by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (ECF Nos. 34, 37-38.)

The Court denied both motions to dismiss on the record at a Rule 16 scheduling conference held on October 27, 2020. (ECF No. 44.) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), an answer to the amended complaint is due fourteen (14) days after the Court rendered this decision, or in this situation, on November 10, 2020. The parties have agreed to extend this due date out ten (10) days, or until November 20, 2020.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order authorizing the State Defendants and the Rise and APRI Intervenor-Defendants to file an answer or other responsive pleading to Plaintiff's amended complaint on-or-before November 20, 2020.

IT IS SO STIPULATED:


*s/Cameron T. Norris (w/consent)*
William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Jason Torchinsky
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Ste. 100
Warrenton, VA 20186
(540) 341-8800
*Counsel for Plaintiff*

*s/George B. Donnini (w/consent)*
George B. Donnini (P66793)
David F. DuMouchel (P25658)
BUTZEL LONG
41000 Woodward Avenue
Stoneridge West Bldg.
Bloomfield Hills, MI 48304
(313) 225-7004
donnini@butzel.com
dumouchd@butzel.com

Myrna Pérez (N.Y. Bar No. 4874095)
Maximillian L. Feldman (N.Y. Bar No. 5237276)
Eliza Sweren-Becker (N.Y. Bar No. 5424403)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
perezm@brennan.law.nyu.edu
feldmanm@brennan.law.nyu.edu
sweren-beckere@brennan.law.nyu.edu

*s/Elizabeth R. Husa Briggs*
Elizabeth Husa Briggs (P73907)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
PO Box 30736
Lansing, Michigan 48909
517.335.7659
*Counsel for State Defendants*

*s/Sarah S. Prescott (w/consent)*
Sarah S. Prescott (P70510)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 E. Main Street
Northville, MI 48168
Telephone: (248) 679-8711
prescott@sppplaw.com

Marc E. Elias
Emily R. Brailey
John M. Geise
PERKINS COIE LLP
700 13th Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (201) 654-6211
melias@perkinscoie.com
ebrailey@perkinscoie.com
jgeise@perkinscoie.com
tbishop@perkinscoie.com

Kevin J. Hamilton
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
khamilton@perkinscoie.com
*Counsel for Rise, Inc. & A. Philip Randolph Inst. Detroit/Downriver*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Robert A. Atkins (N.Y. Bar No. 2210771)
William B. Michael (N.Y. Bar No.
4296356)
Farrah R. Berse (N.Y. Bar No. 4129706)
Joshua D. Kaye (N.Y. Bar No. 4577219)
Sabrina A. Baum (N.Y. Bar No. 5496237)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
ratkins@paulweiss.com
wmichael@paulweiss.com
fberse@paulweiss.com
jkaye@paulweiss.com
sbaum@paulweiss.com
*Counsel for League of Women Voters*
*Defendant-Intervenors*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

Plaintiff,

v

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections,

Defendants,

A. PHILIP RANDOLPH INSTITUTE – DETROIT/DOWNRIVER; RISE, INC.,

Intervenor-Defendants,

LEAGUE OF WOMEN VOTERS OF MICHIGAN; LEAGUE OF WOMEN VOTERS OF GRAND TRAVERSE AREA; LEAGUE OF WOMEN VOTERS OF ANN ARBOR AREA; LEAGUE OF WOMEN VOTERS OF LEELANAU COUNTY; LEAGUE OF WOMEN VOTERS OF COPPER COUNTY and LEAGUE OF WOMEN VOTERS OF OAKLAND AREA,

Intervenor-Defendants.

No. 1:20-cv-00522

HON. ROBERT J. JONKER

**ORDER ON STIPULATION TO EXTEND DATE FOR THE STATE DEFENDANTS AND THE RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

---

William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
Attorneys for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

Jason Torchinsky
Attorney for Plaintiff
45 North Hill Drive, Ste 100
Warrenton, VA 20186
540.341.8800

Elizabeth Husa Briggs (P73907)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Attorneys for Defendants Benson & Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659

_______________________________________/

**ORDER ON STIPULATION TO EXTEND DATE FOR THE STATE DEFENDANTS AND THE RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Having considered the parties' stipulation to extend the date for the State Defendants and the Rise and APRI Intervenor-Defendants to file an answer to Plaintiff's amended complaint, the Court states the following:

IT IS HEREBY ORDERED that Defendants Secretary Benson and Director Brater, and Intervenor-Defendants Rise, Inc. and A. Phillip Randolph Institute Detroit/ Downriver have through November 20, 2020, to file an answer or other responsive pleading to Plaintiff's amended complaint (ECF No. 31).

IT IS SO ORDERED.

Dated:

______________________________
HON. ROBERT J. JONKER
United States District Court Judge