UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY DAUNT,

    Plaintiff,

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State, JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections,

    Defendants,

A. PHILIP RANDOLPH INSTITUTE – DETROIT/DOWNRIVER; RISE, INC.,

    Intervenor-Defendants,

LEAGUE OF WOMEN VOTERS OF MICHIGAN; LEAGUE OF WOMEN VOTERS OF GRAND TRAVERSE AREA; LEAGUE OF WOMEN VOTERS OF ANN ARBOR AREA; LEAGUE OF WOMEN VOTERS OF LEELANAU COUNTY; LEAGUE OF WOMEN VOTERS OF COPPER COUNTY and LEAGUE OF WOMEN VOTERS OF OAKLAND AREA,

    Intervenor-Defendants.

No. 1:20-cv-00522

HON. ROBERT J. JONKER

**ORDER ON STIPULATION TO EXTEND DATE FOR THE STATE DEFENDANTS AND THE RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

---

William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
Attorneys for Plaintiff
1600 Wilson Blvd, Suite 700
Arlington, VA 22209

Jason Torchinsky
Attorney for Plaintiff
45 North Hill Drive, Ste 100
Warrenton, VA  20186
540.341.8800

Elizabeth Husa Briggs (P73907)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Attorneys for Defendants Benson & Brater
PO Box 30736
Lansing, Michigan 48909
517.335.7659

                             /

1

### ORDER ON STIPULATION TO EXTEND DATE FOR THE STATE DEFENDANTS AND THE RISE AND APRI INTERVENOR-DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Having considered the parties' stipulation to extend the date for the State Defendants and the Rise and APRI Intervenor-Defendants to file an answer to Plaintiff's amended complaint, the Court states the following:

IT IS HEREBY ORDERED that Defendants Secretary Benson and Director Brater, and Intervenor-Defendants Rise, Inc. and A. Phillip Randolph Institute Detroit/ Downriver have through November 20, 2020, to file an answer or other responsive pleading to Plaintiff's amended complaint (ECF No. 31).

IT IS SO ORDERED.

Dated: November 5, 2020

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Court Judge