UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

ANTHONY DAUNT,

       Plaintiff,

v.

JOCELYN BENSON, in her official capacity as
Michigan Secretary of State; and JONATHAN
BRATER, in his official capacity as Director of the
Michigan Bureau of Elections,

       Defendants,

A. PHILIP RANDOLPH INSTITUTE –
DETROIT/DOWNRIVER; RISE, INC.,

       Intervenor-Defendants,

AND

LEAGUE OF WOMEN VOTERS OF MICHIGAN,
LEAGUE OF WOMEN VOTERS OF GRAND
TRAVERSE AREA, LEAGUE OF WOMEN VOTERS
OF ANN ARBOR AREA, LEAGUE OF WOMEN
VOTERS OF LEELANAU COUNTY, LEAGUE OF
WOMEN VOTERS OF COPPER COUNTRY, AND
LEAGUE OF WOMEN VOTERS OF OAKLAND
AREA,

       Intervenor-Defendants.

Case No. 1:20-cv-522
Hon. Robert J. Jonker
Mag. Judge Ray S. Kent

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 30, 2020, true and correct copies of the League

of Women Voters Intervenor-Defendants' Rule 26(a)(1) Initial Disclosures were served by

electronic mail on all counsel of record.

2

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

/s/ Robert A. Atkins
Robert A. Atkins (N.Y. Bar No. 2210771)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  212.373.3000
Facsimile:  212.757.3990
ratkins@paulweiss.com

2