UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY DAUNT,<br><br>      Plaintiff,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; JONATHAN BRATER, in his official capacity as Director of the Michigan Bureau of Elections; SHERYL GUY, in her official capacity as Antrim County Clerk; DAWN OLNEY, in her official capacity as Benzie County Clerk; CHERYL POTTER BROWE, in her official capacity as Charlevoix County Clerk; KAREN BREWSTER, in her official capacity as Cheboygan County Clerk; SUZANNE KANINE, in her official capacity as Emmet County Clerk; BONNIE SCHEELE, in her official capacity as Grand Traverse County Clerk; NANCY HUEBEL, in her official capacity as Iosco County Clerk; DEBORAH HILL, in her official capacity as Kalkaska County Clerk; JULIE A. CARLSON, in her official capacity as Keweenaw County Clerk; MICHELLE L. CROCKER, in her official capacity as Leelanau County Clerk; ELIZABETH HUNDLEY, in her official capacity as Livingston County Clerk; LORI JOHNSON, in her official capacity as Mackinac County Clerk; LISA BROWN, in her official capacity as Oakland County Clerk; SUSAN I. DEFEYTER, in her official capacity as Otsego County Clerk; MICHELLE STEVENSON, in her official capacity as Roscommon County Clerk; and LAWRENCE KESTENBAUM, in his official capacity as Washtenaw County Clerk,<br><br>      Defendants. | Case No. 1:20-cv-522<br>Hon. Robert J. Jonker<br>Mag. Judge Ray S. Kent |

## **MOTION TO WITHDRAW OF MAXIMILLIAN FELDMAN**

The undersigned, Maximillian Feldman, respectfully seeks leave to withdraw his appearance as counsel for Defendant-Intervenors the League of Women Voters of Michigan, League of Women Voters of Grand Traverse Area, League of Women Voters of Ann Arbor

Area, League of Women Voters of Leelanau County, League of Women Voters of Copper Country, and League of Women Voters of Oakland Area (the "League"), as he will be leaving the employment of the Brennan Center for Justice at NYU School of Law as of December 4, 2020. The League will continue to be represented in this matter by Myrna Pérez and Eliza Sweren-Becker of the Brennan Center, Robert A. Atkins, William B. Michael, Farrah R. Berse, Joshua D. Kaye, Zack G. Goldberg, and Sabrina Baum of Paul Weiss Rifkind Wharton & Garrison LLP, and David DuMouchel and George Donnini of Butzel Long PC.

Dated: December 4, 2020

Respectfully submitted,

/s/ Maximillian L. Feldman
Maximillian L. Feldman (N.Y. Bar No. 5237276)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
feldmanm@brennan.law.nyu.edu

*Counsel for the League Defendant-Intervenors*

## **CERTIFICATE OF SERVICE**

I, Maximillian L. Feldman, certify that on December 4, 2020, I caused a true and correct copy of the foregoing document to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

/s/ Maximillian L. Feldman
Maximillian L. Feldman (N.Y. Bar No. 5237276)
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
feldmanm@brennan.law.nyu.edu

*Counsel for the League Defendant-Intervenors*