# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTHONY DAUNT, *Plaintiff*, | Case No. 1:20-cv-522-RJJ-RSK |
| v. | **STIPULATION OF DISMISSAL** |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al., *Defendants*. | |

In recognition of the current and future list maintenance activities announced in the Secretary's January 28, 2021 press release (Ex. A), the Parties stipulate that this case should be voluntarily dismissed, with each side bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B).

Dated: February 16, 2021          Respectfully submitted,

/s/ *Cameron T. Norris*
William S. Consovoy
Cameron T. Norris
Tiffany H. Bates
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Jason Torchinsky
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Ste. 100
Warrenton, VA 20186
(540) 341-8800

*Counsel for Plaintiff*

/s/ *Elizabeth Husa Briggs*
Elizabeth R. Husa Briggs (P73907)
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
PO Box 30736
Lansing, Michigan 48909
517.335.7659

*Counsel for State Defendants*

1

/s/ *George B. Donnini*
George B. Donnini (P66793)
David F. DuMouchel (P25658)
BUTZEL LONG
41000 Woodward Avenue
Stoneridge West Bldg.
Bloomfield Hills, MI 48304
(313) 225-7004
donnini@butzel.com
dumouchd@butzel.com

Myrna Pérez (N.Y. Bar 4874095)
Eliza Sweren-Becker (N.Y. Bar 5424403)
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
perezm@brennan.law.nyu.edu
feldmanm@brennan.law.nyu.edu
sweren-beckere@brennan.law.nyu.edu

Robert A. Atkins (N.Y. Bar 2210771)
William B. Michael (N.Y. Bar 4296356)
Farrah R. Berse (N.Y. Bar 4129706)
Joshua D. Kaye (N.Y. Bar 4577219)
Sabrina A. Baum (N.Y. Bar 5496237)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
ratkins@paulweiss.com
wmichael@paulweiss.com
fberse@paulweiss.com
jkaye@paulweiss.com
sbaum@paulweiss.com

*Counsel for League of Women Voters Defendant-Intervenors*

/s/ *Sarah S. Prescott*
Sarah S. Prescott (P70510)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
105 E. Main Street
Northville, MI 48168
Telephone: (248) 679-8711
prescott@sppplaw.com

Marc E. Elias
Emily R. Brailey
John M. Geise
PERKINS COIE LLP
700 13th Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (201) 654-6211
melias@perkinscoie.com
ebrailey@perkinscoie.com
jgeise@perkinscoie.com
tbishop@perkinscoie.com

Kevin J. Hamilton
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
khamilton@perkinscoie.com

*Counsel for Rise, Inc. & A. Philip Randolph Inst. Detroit/Downriver*

2

## CERTIFICATE OF SERVICE

I filed this stipulation with the Court via ECF, which will notify all counsel of record.

Dated: February 16, 2021    /s/ *Cameron T. Norris*
                            Counsel for Plaintiff

# Exhibit A



SOM

# Secretary Benson continues to bolster election security

**JANUARY 28, 2021**



*Ongoing voter registration list maintenance and election audits affirm public trust*

Secretary of State Jocelyn Benson announced today that ongoing voter registration list maintenance and post-election audits continue to demonstrate the integrity, transparency and accuracy of Michigan elections.

"Michigan's 2020 elections were the most secure, successful and accessible in state history. More than 5.5 million citizens voted and over 1,600 election clerks on both sides of the aisle worked tirelessly to ensure all valid ballots were counted efficiently and accurately," said Benson. "Since November, my administration has continued to work with election officials across our state to review and strengthen all our election processes and protocols, in preparation for 2021's local elections."

In support of those efforts, today Benson made publicly available the list of approximately 177,000 voter registrations slated for cancellation because the state has reason to believe the voter has moved away from the registration address. These individuals either surrendered a Michigan Driver's License to another state or had election mail returned undeliverable to an election official prior to the 2018 election. They were sent a notification prior to the 2018 election requiring a response, did not respond to the notice and did not engage in any voting activity in at least the last two federal election cycles (2020 and 2018).

To ensure that voters who still live at their registered address have an additional opportunity to prevent cancellation, the full list of voters to be cancelled is now available more than one month prior to cancellation, enabling voters and civic groups to review the list and notify local clerks of any list errors or registrations that should be updated rather than cancelled. The list can be requested by emailing **ElectionData@michigan.gov**. Requesting the list does not require a fee. The list does not include any information that is not publicly available through a public records request of the Qualified Voter File. It includes voter name, address and birth year. More information can be found at **Michigan.gov/Vote**.

"When carried out transparently, accurately and in accordance with federal law, list maintenance is an important element of ensuring Michigan's election system remains secure," said Benson. "The work that we are doing now will ensure the list of registered voters, which

had gone over a decade without sufficient comprehensive efforts to ensure its accuracy, is updated and modernized with methods to promote integrity and prevent any eligible voter from disenfranchisement."

Michigan voters whose registrations are cancelled can re-register at any time, including up to and on Election Day. If they conduct an identification or driver's license transaction with the Department of State, they will be registered automatically unless they opt out of registration.

The Bureau is also carrying out the following two additional list maintenance activities:

- Providing to local election clerks the absentee ballot applications returned undeliverable to the Bureau of Elections last year following what was the first statewide election mailing in nearly a decade. Federal law prohibited voter list maintenance in the 90-day periods before the August and November 2020 elections, but as those periods have ended, the information gained from the returned mail can now be used to clean the voter rolls. Clerks will mail notifications to all those voters that they must verify their registration within two federal election cycles or it will be subject to cancellation.

- Mail additional notifications requiring verification to voters listed as registered in other states by the Electronic Registration Information Center, an interstate organization that compares voter lists and driver records nationally.

The work to maintain the voter registration list is occurring while the Bureau and local clerks continue to also carry out more than 200 post-elections audits, including an ongoing statewide risk-limiting audit expected to affirm the results determined by vote-counting machines in the presidential election. A similar pilot audit demonstrated the machines were accurate following the March 2020 presidential primary election. All the completed audits of the November 2020 election have confirmed its accuracy and integrity. **A list of all audits that includes their current status is available on the Bureau of Elections website**.

# # #

For media questions, contact
Aneta Kiersnowski at 517-342-4592.

We welcome questions and comments at the **Contact the Secretary of State** page.

Customers may call the Department of State Information Center to
speak to a customer-service representative at 888-SOS-MICH (767-6424).



**Foreign Languages**
**Disability Resources**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**



**POLICIES**

**COPYRIGHT 2021 STATE OF MICHIGAN**

